| | |
|---|---|
| 1 | MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887) |
| | By: John D. Nibbelin, Deputy (SBN 184603) |
| 2 | Hall of Justice and Records |
| | 400 County Center, 6th Floor |
| 3 | Redwood City, CA  94063 |
| | Telephone: (650) 363-4757 |
| 4 | Facsimile:  (650) 363-4034 |
| | E-mail:  jnibbelin@co.sanmateo.ca.us |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | MENLO PARK CITY SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENLO PARK CITY SCHOOL DISTRICT, | Case No. CV10-04636 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION FOR STAY PUT RELIEF TO FEBRUARY 25, 2011** |
| vs. | |
| NICOLE AND GEBRAN CHAHROURI, parents of G.C., and G.C., | |
| Defendants. | |
| | Case No. CV10-04839 CRB |
| GC, by and through her guardian ad litem, NICOLE CHAHROURI, NICOLE CHAHROURI and GEBRAN CHAHROURI, individually, | |
| Plaintiffs, | |
| vs. | |
| MENLO PARK CITY SCHOOL DISTRICT, | |
| Defendant. | |

Pursuant to the Clerk's Notice Scheduling the Initial Case Management Conference, the parties' are presently scheduled for a case management conference before the Court in these consolidated cases on January 28, 2011.  The parties have submitted their Joint Case Management Conference Statement.  In addition, GC has filed a motion seeking stay put relief pursuant to the Individuals With Disabilities

Education Act ("IDEA") ,and that motion is presently noticed for hearing before the Court on February 18, 2011.

In the interest of judicial economy and to afford the parties an opportunity to initiate discussions regarding possible resolutions of these cases, the parties hereby stipulate to a continuance of the initial case management conference from January 28, 2011 to February 25, 2011 at 8:30 a.m. The parties further stipulate to a continuance of the hearing on GC's motion for stay put relief from February 18, 2011 to February 25, 2011.  The parties request that the Court enter an order implementing the scheduling that the parties stipulate to herein and that the Court consolidate its consideration of this motion for stay put relief with the initial case management conference on February 25, 2011.

In the event that the Court is not inclined to continue the initial case management conference, the parties nevertheless request that the Court continue the hearing on the motion for stay put relief from February 18, 2011 to February 25, 2011.

Respectfully submitted,

Dated:  January 26, 2011                      MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____/s/_____
         John D. Nibbelin, Deputy

Attorneys for Plaintiff
MENLO PARK CITY SCHOOL DISTRICT

Dated:  January 26, 2011.                     _____/s/_____
                                                Susan Foley

Attorney for G.C. , by and through her guardian ad litem, NICOLE CHAHROURI, NICOLE CHAHROURI and GEBRAN CHAHROURI, individually Student

Susan Foley

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION FOR STAY PUT RELIEF**

Having considered the parties' request and stipulation regarding this matter, and for good cause shown, the Court hereby continues the initial case management conference in these consolidated cases from January 28, 2011 to February 25, 2011 at 10:00 a.m.  The Court also continues the hearing on GC's motion for stay put relief from February 18, 2011 to February 25, 2011.  The Court will consider the motion for stay put relief in conjunction with the initial case management conference in these cases.

**IT IS SO ORDERED.**

Dated:  __Jan. 26, 2011____



_____
CHARLES R. BREYER
United S...

---
3
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION FOR STAY PUT RELIEF TO FEBRUARY 25, 2011