JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: JOHN D. NIBBELIN, Deputy (SBN 184603)
By: KATHRYN E. MEOLA, Deputy (SBN 172034)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4647
Facsimile: (650) 363-4034
E-mail: jnibbelin@co.sanmateo.ca.us
E-mail: kmeola@co.sanmateo.ca.us

Attorneys for
Menlo Park City School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENLO PARK CITY SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE AND GEBRAN CHAHROURI, PARENTS OF G.C., and G.C.,<br><br>Defendants. | Case No. CV-10 04636 CRB<br><br>**STIPULATION AND ORDER CONTINUING CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| GC, by and through her guardian ad litem, NICOLE CHAHROURI, NICOLE CHAHROURI and GEBRAN CHAHROURI, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>MENLO PARK CITY SCHOOL DISTRICT,<br><br>Defendant. | Case No. CV-10 04839 CRB<br><br>Hearing<br><br>Date: August 12, 2011<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Charles R. Breyer |

WHEREAS, counsel for the parties have stipulated and agreed to continue the hearing on the cross motions for summary judgment from August 12, 2011 to September 23, 2011, and stipulated and agreed to move the due date for the briefs for the cross motions for summary judgment to August 19, 2011.

The reason for the parties' request for a continuance is the following:

The settlement conference judge previously assigned to this case, Judge Chen, was unavailable

1   for the settlement conference date previously set for June 10, 2011. The date acceptable to all parties and

2   the Court for the settlement conference was June 30, 2011. When the settlement conference was

3   continued from June 10, 2011 to June 30, 2011, the date of the settlement conference was pushed up

4   against the due date for the briefs for the cross motions for summary judgment. If the hearing for the

5   cross motions for summary judgment remains as it is currently set on August 12, 2011, the briefs for the

6   cross motions for summary judgment will be due on July 8, 2011. Additional attorney hours spent

7   preparing the cross motions for summary judgment would potentially be incongruous to any settlement

8   negotiations that may occur on June 30, 2011. It is also the parties' understanding that Judge Chen may

9   have sent an email to this Court explaining that the continuance of the settlement conference date was

10  through no fault of the parties in this case and that the Court may have expressed a willingness to

11  consider re-setting the briefing schedule and continuing the hearing date for the cross motions for

12  summary judgment. For these reasons, the parties request this Court to continue the hearing set for the

13  cross motions for summary judgment to September 23, 2011 and move the due date for the briefs for the

14  cross motions for summary judgment to August 19, 2011.

Dated: June 13, 2011                                           /s/
                                                                  Susan Foley

Attorney for GC, by and through her guardian ad litem, NICOLE CHAHROURI, NICOLE CHAHROURI and GEBRAN CHAHROURI, individually
"Student"

Dated: June 13, 2011                               JOHN C. BEIERS, COUNTY COUNSEL

By: _____/s/_____
                KATHRYN E. MEOLA, Deputy

Attorneys for
Menlo Park City School District
"District"

**I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPH SIGNATURES FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN THIS EFILED DOCUMENT.**

**ORDER**

Pursuant to the above stipulation of the parties,

1. **The hearing on the cross motions for summary judgment is continued to <u>September 23, 2011</u>.**

2. **The due date for the briefs on the cross motions for summary judgment are due on <u>August 19, 2011</u>.**

Dated: June 14, 2011

_____
The Honorable Charles R. Breyer
United States District Judge

